## 60865. HOUSING AUTHORITY OF THE CITY OF ATLANTA v. RAGLAND.

SMITH, Judge.

The judgment is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. McMurray, P. J., and Banke, J., concur.*

SUBMITTED OCTOBER 9, 1980 — DECIDED OCTOBER 31, 1980.

*Lenwood A. Jackson, Alfred J. Turk, III,* for appellant.
*Patricia B. Cunningham,* for appellee.